FILED

12 JAN 25 AM 8:31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/ _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

*In re* Ex Parte Application of

APPLE INC.; APPLE RETAIL GERMANY GMBH; and APPLE SALES INTERNATIONAL,

　　　　　Applicants,

For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Qualcomm Incorporated for Use in Foreign Proceedings.

Case No.: 12CV147-LAB(POR)

~~12CV0080 JAH WMC~~

**ORDER GRANTING APPLE'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

This matter comes before the Court on the *Ex Parte* Application of Apple Inc.; Apple Retail Germany GmbH; and Apple Sales International ("Apple") for an Order to Obtain Discovery for Use in Foreign Proceedings pursuant to 28 U.S.C. § 1782(a) (the "Application"), which seeks documents from Qualcomm Incorporated ("Qualcomm") in connection with various foreign patent litigations pending between Apple and Motorola, Inc., Motorola Mobility, Inc. and their affiliates.

The Court, having fully considered the papers on file and submitted herewith, and good cause appearing:

**HEREBY GRANTS** the Application of Apple.

**IT IS HEREBY ORDERED THAT APPLE IS GRANTED LEAVE TO** issue a subpoena for documents in substantially the form attached as Exhibit B to the Application, directing Qualcomm to produce the documents requested in the subpoena at the offices of counsel for Apple, Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California 94304 or another location mutually agreeable to Apple and Qualcomm.

It is further ORDERED that copies of the Application and Memorandum in Support thereof and this Order shall be mailed to the following:

Qualcomm Incorporated
5775 Morehouse Drive, San Diego, California, 92121

**IT IS SO ORDERED.**

Dated: 1/24/12

United States Magistrate Judge

ORDER RE EX PARTE APPLICATION
PURSUANT TO 28 U.S.C. § 1782